PROB 12B
(7/93)

Report Date: March 17, 2006

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brian Lloyd Bose        Case Number: 2:00CR02125-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 8/21/2002        Type of Supervision: Supervised Release

Original Offense: Manufacture of a Controlled        Date Supervision Commenced: 8/27/2003
Substance, Marijuana, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 366 Days; TSR - 60        Date Supervision Expires: 8/26/2008
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

4.      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

5.      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

6.      You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

### CAUSE

The offender admitted to the probation officer on March 6, 2006, that he has been using methamphetamine and requests treatment. The offender has been under supervision for several years and has been employed as a truck driver. The offender's admission of methamphetamine use was unsolicited and not a result of a positive urine test. The offender reports he has been stressed and depressed and used methamphetamine to feel better. The offender indicated to the probation officer that he may benefit from mental health counseling and that condition is also recommended. The probation officer admonished the offender for his violation behavior and commended him for coming forward to admit and address his substance abuse before it resulted in much more serious consequences. The

Prob 12B
**Re:  Bose, Brian Lloyd**
**March 17, 2006**
**Page 2**

urine and alcohol testing conditions require modification pursuant to recent 9th Circuit case law, which requires substance abuse testing conditions to specify a set number of tests.  The offender has agreed to the indicated modifications and has signed a waiver, which is enclosed for the Court's review.  It is requested the Court take judicial notice of the indicated violation behavior and take no action other than ordering the requested modifications.

Respectfully submitted,

by

Kevin Crawford
U.S. Probation Officer
Date:  March 17, 2006

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
FvS [X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

march 21, 2006

Date